**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

v.                                                     Case No. 6:24-cr-163-RBD-DCI

WILLIAM ERNESTO BARRIENTOS
GOTERA

_____

## ORDER

Before the Court is U.S. Magistrate Judge Daniel C. Irick's Report and Recommendation (Doc. 49 ("R&R")), submitting that the Court should DENY the Defendant's Motion for return of property. (Doc. 44.) The time has passed, and the parties did not object, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.     The R&R (Doc. 49) is **ADOPTED, CONFIRMED**, and made a part of this Order in its entirety.

2.     The Motion for return of property (Doc. 44) is **DENIED**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 24, 2026.



ROY B. DALTON, JR.
United States District Judge